UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROBERT GENE BAILEY, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:13-CV-576-F |
| ) | |
| C.C. BLAKE, JOSEPH GARDNER, ) | |
| WILLIAM C. TOMAN, JR., R.M. ) | |
| ASHLEY, K.D. MACKEY, P.J. ) | |
| GRAHAM, RON SMITH, and ) | |
| UNKNOWN FEMALE OFFICER, ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the complaint in this matter does not contain allegations suggesting that the Plaintiff is in any such danger. Accordingly, pursuant to 28 U.S.C. § 1915(g), this action is DISMISSED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on August 12, 2013, and Copies To:**

Robert Gene Bailey (0014848 Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| August 12, 2013 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |